GEORGE G. MGDESYAN, ESQ. (SBN 225476)
ARAKSYA BOYADZHYAN, ESQ. (SBN 299917)
MGDESYAN LAW FIRM
4529 Sherman Oak Avenue
Sherman Oaks, CA 91403
Telephone: (818) 386-6777
Facsimile:  (818) 754-6778

Attorneys for Plaintiff,
EDGAR YERKANYAN

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR YERKANYAN | ) Case No: 8:25-cv-00813-CBM-KES |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY** |
| v. | ) **DISMISSAL OF ENTIRE ACTION** |
| | ) |
| MTC FINANCIAL INC. DBA TRUSTEE CORPS, AND REAL TIME RESOLUTION, INC. | ) |
| | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff EDGAR YERKANYAN ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby

voluntarily dismisses the entire action pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

> (a) Voluntary Dismissal.
> (1) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

All claims that solely involve EDGAR YERKANYAN in his individual capacity are dismissed with prejudice, whereas any claims that concern purported class allegations are dismissed without prejudice.

No Defendant has answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, Plaintiff EDGAR YERKANYAN hereby voluntarily dismisses said action in its entirety.

Date: July 28, 2025                     MGDESYAN LAW FIRM

                                        By: _____/s/ Araksya Boyadzhyan_____
                                        George G. Mgdesyan, Esq.
                                        Araksya Boyadzhyan, Esq.
                                        Attorneys for Plaintiff